IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANNY WAYNE BURKETT,

    Petitioner,

vs.                                        CASE NO. 5:10cv89/RS-EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 25) and Petitioner's Objection To The Magistrate's Report And Recommendation (Doc. 27). I have considered Petitioner's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Respondent's Motion To Dismiss (Doc. 12) is **granted** because Petitioner's claims are procedurally barred from federal review.

3. The Petition For Writ Of Habeas Corpus (Doc. 1) is **denied**, and this case is dismissed.

4. The clerk is directed to close the file.

**ORDERED** on May 26, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**